UNITED STATES of America,
Plaintiff—Appellee,

v.

Juan HERAS–MONTOYA, Defendant—
Appellant.

No. 02–50214.

D.C. No. CR–01–03206–BTM.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 10, 2003.*

Decided March 12, 2000.

Before LEAVY, FERNANDEZ and
BERZON, Circuit Judges.

MEMORANDUM **

Juan Heras–Montoya appeals his conviction, following a guilty plea, for importation of methamphetamine in violation of 21 U.S.C. §§ 952 and 960.

Heras–Montoya's contention that 21 U.S.C. §§ 952 and 960 are facially unconstitutional following *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), and that *United States v. Harris*, 536 U.S. 545, 122 S.Ct. 2406, 153 L.Ed.2d 524 (2002), overrules *United States v. Buckland*, 289 F.3d 558, 562 (9th Cir.) (en banc), *cert. denied*, 535 U.S. 1105, 122 S.Ct. 2314, 152 L.Ed.2d 1067 (2002),

and *United States v. Mendoza–Paz*, 286 F.3d 1104 (9th Cir.), *cert. denied*, —— U.S. ——, 123 S.Ct. 573, 154 L.Ed.2d 459 (2002), is foreclosed by *United States v. Hernandez*, 322 F.3d 592 (9th Cir.2003). Heras–Montoya's contention that the indictment was defective because it did not allege that Heras–Montoya had the *mens rea* as to the drug type and quantity is foreclosed by *United States v. Carranza*, 289 F.3d 634 (9th Cir.), *cert. denied*, —— U.S. ——, 123 S.Ct. 572, 154 L.Ed.2d 458 (2002). Heras–Montoya's conviction is

AFFIRMED.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

---

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the

